## Commonwealth *v.* Black, Appellant.

Submitted March 8, 1976. *Arthur K. Dils,* and *Dils and Diveglia,* for appellant; *Marion E. MacIntyre,* Second Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Cardona, Appellant.

Submitted December 16, 1975. *R.S. Trigg* and *Edward F. Browne, Jr.,* Assistant Public Defenders, for appellant; *John A. Kenneff,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: This case is remanded to the trial court to allow appellant to file a motion to withdraw his guilty plea *nunc pro tunc.* See *Commonwealth v. Roberts,* 237 Pa. Superior Ct. 336, 352 A.2d 140 (1975); *See also, Commonwealth v. Lee,* 460 Pa. 324, 333 A.2d 749 (1975); *Commonwealth v. Zakrzewski,* 460 Pa. 528, 333 A.2d 898 (1975).